■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH McNEIL, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Heller, J.), both rendered July 2, 1987.

Ordered that the judgments are affirmed *(see, People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80; *People v De Simone,* 112 AD2d 443; *see also, People v Morris,* 118 AD2d 595). Mangano, J. P., Kunzeman, Eiber and Balletta, JJ., concur.